THE STATE OF FLORIDA, ex rel., LOUIS O. GRAVELY, *Petitioner,* v. HONORABLE GEORGE W. WHITEHURST, as Judge of the Circuit Court of the Twelfth Judicial Circuit of Florida, *Respondent.*

En Banc.

Decision filed May 6, 1930.

*W. D. Bell,* for Petitioner.

PER CURIAM.—Petitioner by mandamus in this Court seeks to have his name restored to the roll of attorneys in good standing before the bar of this State, relying on State v. Kirk, 12 Fla. 278. At the time of State v. Kirk Sections 2554 et seq., Rev. Gen. Stats. (now Sections 4172 et seq., Comp. Gen. Laws of 1927) was not in force. The latter statute providing a more speedy and adequate remedy, the petition for mandamus is denied.

All concur.